BRENNAN S. KAHN, ESQ. (SBN 259548)
EFAON COBB, ESQ. (SBN 282228)
EMPLOYEE JUSTICE LEGAL GROUP, P.C.
1001 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 382-2222;  Fax:  (213) 382-2230
bkahn@ejlglaw.com; ecobb@ejlglaw.com

Attorneys for Plaintiff, Humberto Escobar

SEYFARTH SHAW LLP
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile: (916) 558-4839

Daniela Archila (SBN 334393)
aarchila@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant PNC BANK, NATIONAL ASSOCIATION

# UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO ESCOBAR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION, a Pennsylvania Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case Number:** 3:25-cv-00692-RBM-AHG<br><br>*[Assigned to Hon., U.S. District Judge Ruth Bermudez Montenegro, and Hon., Magistrate Judge Allison H. Goddard, Courtroom]*<br><br>**JOINT MOTION FOR CONTINUANCE OF MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>Complaint Filed:  January 29, 2025<br>Date of Removal: March 27, 2025<br>Trial date:          Not Yet Calendared |

-1-
JOINT MOTION FOR CONTINUANCE

Pursuant to *Civil Pretrial Procedures for Magistrate Judge Allison H. Goddard, U.S. District Court for the Southern District of California*[1], and the Local Rules, Plaintiff, Humberto Escobar ("Plaintiff"), and Defendant, PNC Bank National Association ("PNC Bank" or "Defendant") (collectively, the "Parties"), jointly move the Court for an order rescheduling the deadline for the Motion for Extension of Time to Complete Discovery, currently set for June 30, 2026 at 3:30 pm, for fourteen (14) days, or to a date that is convenient for the Court.

1.      No prior requests for continuances for this Motion have been made by either Party.

2.      There is good cause to continue the hearing date for the hearing as lead counsel(s) for Plaintiff are unavailable as attorney Efaon Cobb has a pre-planned and paid for vacation from June 26, 2026, through July 10, 2026, and attorney Brennan Kahn has a medical procedure for his child to attend. [Declaration of Efaon Cobb ¶¶ 2-3.]

3.      Defendant does not oppose a brief continuance of 14 days.

4.      Accordingly, the Parties respectfully move the Court for an order continuing the Hearing. This request by the Parties is not being made for any improper purpose and is not being made for the purpose of delay.

5.      For rescheduling purposes counsel for Defendant represents that they are unavailable on the following dates: June 26-July 10, 2026.

//

//

//

//

//

---

[1] *Civil Pretrial Procedures for Magistrate Judge Allison H. Goddard, U.S. District Court for the Southern District of California* (5/27/2021), https://www.casd.uscourts.gov/judges/goddard/docs/Goddard%20Civil%20Pretrial%20Procedures.pdf

JOINT MOTION FOR CONTINUANCE

DATED:                                          **EMPLOYEE JUSTICE LEGAL GROUP, P.C.**


By: //s//*Efaon Cobb*
Brennan S. Kahn, Esq.
Efaon Cobb, Esq.
Attorneys for Plaintiff, Humberto Escobar


DATED:                                          **SEYFARTH SHAW LLP**


By: //s//*Yoon-Woo Nam*
Yoon-Woo Nam
Daniela Archila
Attorneys for Defendant, PNC Bank NA

-3-

### **DECLARATION OF EFAON COBB**

I, Efaon Cobb, hereby declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a Senior Civil Litigation Attorney with Employee Justice Legal Group, PC, counsel of record for Plaintiff Humberto Escobar, in the above-captioned action. I have knowledge of the facts set forth herein and if called upon as a witness could and would testify competently thereto.

2.      Through meet and confer efforts the Parties have agreed that continue the Motion for Extension of Time to Complete Discovery for fourteen (14) days, or to a date convenient for the Court.

3.      I am unavailable due to a pre-planned and paid for vacation from June 26, 2026 through July 10, 2026, and attorney Brennan Kahn has informed me and counsel for Defendant that he must attend a medical procedure for is son on June 30, 2026.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 12, 2026, at San Diego, California

_____*/s/ Efaon Cobb*__
Efaon Cobb

---

JOINT MOTION FOR CONTINUANCE